[Nos. 25350-6-I; 25351-4-I.   Division One.   June 10, 1991.]

RICHARD A. ZEHNER, ET AL, *Respondents,* v. WILLIE
M. DICKERSON, ET AL, *Appellants.*

Appeals from judgments of the Superior Court for King
County, Nos. 89-2-14752-1, 89-2-19608-5, Robert E.
Dixon, J., entered December 14, 1989. *Vacated and*

*remanded* by unpublished opinion per Coleman, J., concurred in by Pekelis and Baker, JJ.